UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER BISTRYSKI,<br><br>                      Plaintiff,<br>     v.<br><br>DOC HEALTH SERVICES OF STAFFORD CREEK CORRECTIONS CENTER, DOC HEALTH SERVICES OF MONROE CORRECTIONAL COMPLEX – SPECIAL OFFENDERS CENTER, SCOTT LIGHT, DR. MICHAEL FURST, CHARLES CASEY, SHERYL ALBERT, MEDICAL CARE REVIEW COMMITTEE, DR. G. STEVEN HAMMOND, Chief Medical Officer, STEVEN SINCLAIR, Secretary of Washington DOC, individually and in their official capacities,<br><br>                      Defendants. | CASE NO. 17-5369 RJB<br><br>ORDER ON REPORT AND RECOMMENDATION |

THIS MATTER comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Theresa L. Fricke. Dkt. 72. The Court has reviewed the Report and Recommendation and the remaining file and is fully advised.

ORDER ON REPORT AND RECOMMENDATION - 1

On November 26, 2018, the Report and Recommendation was filed, recommending that the undersigned deny Defendant Dr. Michael Furst's motion for entry of a judgment under Fed. R. Civ. P. 54 (b) and 58 (d) (Dkt. 71). Dkt. 72. No objections to the Report and Recommendation were filed. The Report and Recommendation should be adopted.

Accordingly, it is **ORDERED** that:

- The Court **ADOPTS** the Report and Recommendation (Dkt. 72);
- Defendant Furst's Motion for Entry of Judgment (Dkt. 71) **IS DENIED WITHOUT PREJUDICE**, and
- The case **IS RE-REFERRED** to U.S. Magistrate Judge Theresa L. Fricke for proceedings consistent with this order.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 18th day of December, 2018.

ROBERT J. BRYAN
United States District Judge